IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED
MAY 0 8 2003
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **HELEN RIKARD** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-03-109 |
| | § | |
| **SANTA FE INDEPENDENT SCHOOL DISTRICT** | § | |
| Defendant | § | **JURY REQUESTED** |

### PARTIAL ORDER OF DISMISSAL

On this day, Plaintiff's Motion for Leave to File Amended Pleading came on to be heard, and the Court having considered the facts in this cause of action, is of the opinion that such Motion should be granted.

IT IS ORDERED that Plaintiff's Motion for Leave to File Amended Pleading is GRANTED.

SIGNED this 7th day of May, 2003.

_____
JUDGE PRESIDING

Defendant Jeff Chernosky is hereby Dismissed Without Prejudice each party to bear its own costs. All other claims remain pending.