United States Courts
Southern District of Texas
ENTERED

APR 21 2004

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HELEN RIKARD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. G-03-0109 |
| | § | |
| SANTA FE INDEPENDENT SCHOOL DISTRICT, | § | |
| Defendant. | § | |

### ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE ON DEFENDANT'S SUMMARY JUDGMENT MOTION

Pending before the Court is the Plaintiff's Motion for Continuance on Defendant's Summary Judgment Motion. Having considered the motion, the record, and ~~any~~ response ~~by the Plaintiff~~ the Court is of the opinion that the motion should be denied.

Signed April 21st, 2004.

_____
JUDGE PRESIDING

The Court will proceed with consideration of the dispositive motion as soon as it can be reached.